<table>
<tr><td>JOSEPH A. MASSOOD<br>ANDREW R. BRONSNICK °*<br>_____<br><br>°Certified by the Supreme Court of<br>  New Jersey as a Civil Trial Attorney<br><br>*NJ, NY, DC and MD Bars<br>^ NJ and NY Bars<br>+ NJ, NY, DC and WA Bars</td><td align="center">**MASSOOD & BRONSNICK, LLC**<br><br>COUNSELLORS AT LAW<br><br>50 PACKANACK LAKE ROAD EAST<br>Wayne, New Jersey 07470-6663<br>(973) 696-1900<br>Fax (973) 696-4211<br><br>Email: ABRONSNICK@MASSOODLAW.COM</td><td>KEVIN J. SAVAGE +<br>BRENDAN H. MORRIS ^<br>ALLISON T. KURTZ<br>DANIELLE L. VERGA ^<br>KIMBERLY A. KOPP<br><br><br>PARALEGALS<br>ELIZABETH BABITSCH<br>DARA K. SIERRA</td></tr>
</table>

December 21, 2012

**Via ECF**
Honorable Steven C. Mannion, U.S.M.J.
King Fed. Bldg. & United States Courthouse
50 Walnut Street, P.O. Box 999
Newark, NJ 07101

      Re:    New Jersey Back Institute a/s/o N.J v. Aetna Insurance, et al.
              Civil Action No. 12-5459 (ES/SCM)

Dear Judge Mannion:

      This firm represents the Plaintiff in the above-referenced matter. An Amended Complaint was filed accidently on December 12, 2012. With Your Honor's consent we would like to withdraw the filed Amended Complaint. Enclosed for Your Honor's review is a proposed Stipulation and Consent Order.

      Thank you for your attention and courtesies in this matter.

                                   Respectfully,

                                   *s/ Andrew R. Bronsnick*
                                   _____
                                   ANDREW R. BRONSNICK, ESQ.

ARB/jda
Enclosure
cc: Patricia A. Lee (via ECF)
w:\wp51\majormed\njback\joanides\pleadings\cvr ltr stip and consent 12.21.12.docx