UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY BACK INSTITUTE a/s/o N.J., <br><br> Plaintiff(s), <br><br> v. <br><br> AETNA INSURANCE; GREEK ORTHODOX ARCHDIOCESE; ABC CORP. (1-10) (Said names being fictitious and unknown entities), <br><br> Defendant(s), | CIVIL ACTION NO.: 2:12-cv-05459-ES-SCM <br><br> **CIVIL ACTION** <br><br> **STIPULATION AND CONSENT ORDER** |

IT IS HEREBY STIPULATED BY Plaintiff, New Jersey Back Institute a/s/o N.J. ("NJ Back") and Defendant Aetna Insurance ("Aetna") that the Amended Complaint filed under Docket Entry Number 8 on December 12, 2012 shall be withdrawn and the original Complaint filed in this action shall govern as the active Complaint in this case unless and until another Amended Complaint is filed.

Respectfully submitted,

By:   s/ Andrew R. Bronsnick
      Andrew R. Bronsnick, Esq.
      MASSOOD & BRONSNICK, LLC
      50 Packanack Lake Road East
      Wayne, New Jersey 07470
      Telephone: (973) 696-1900
      *Attorneys for Plaintiff*

By: _____
Patricia A. Lee
CONNELL FOLEY, LLP
85 Livingston Avenue
Roseland, NJ 07068

Dated: December 21, 2012

So ORDERED this 26th day of December, 2012.

_____
Honorable Steven C. Mannion
United States Magistrate Judge

Massood & Bronsnick, LLC
Attorneys at Law