# CONNELL FOLEY LLP
## ATTORNEYS AT LAW

85 LIVINGSTON AVENUE
ROSELAND, NJ 07068-3702
(973) 535-0500
FAX: (973) 535-9217

**OTHER OFFICES**

HARBORSIDE FINANCIAL CENTER
2510 PLAZA FIVE
JERSEY CITY, NJ 07311
(201) 521-1000
FAX: (201) 521-0100

888 SEVENTH AVENUE
9TH FLOOR
NEW YORK, NY 10106
(212) 307-3700
FAX: (212) 262-0500

1500 MARKET STREET
12TH FLOOR
EAST TOWER
PHILADELPHIA, PA 19102
(215) 246-3403
FAX: (215) 665-5727

LIBERTY VIEW
457 HADDONFIELD ROAD
SUITE 230
CHERRY HILL, NJ 08002
(856) 317-7100
FAX: (856) 317-7117

THE ATRIUM, SUITE E
309 MORRIS AVENUE
SPRING LAKE, NJ 07762
(732) 449-1440
FAX: (732) 449-0934

JOHN A. PINDAR (1969)
GEORGE W. CONNELL (2005)
ADRIAN M. FOLEY, JR.
GEORGE J. KENNY*
KENNETH F. KUNZMAN
SAMUEL D. LORD (2012)
RICHARD D. CATENACCI
RICHARD J. BADOLATO*
PETER D. MANAHAN
JOHN B. MURRAY
MARK L. FLEDER
KEVIN J. COAKLEY
THOMAS S. COSMA
KATHLEEN S. MURPHY
PATRICK J. MCAULEY
PETER J. PIZZI*+
KEVIN R. GARDNER
ROBERT E. RYAN
MICHAEL X. MCBRIDE*
JEFFREY W. MORYAN
EDWARD S. WARDELL
PETER J. SMITH*
WILLIAM P. KRAUSS
BRIAN G. STELLER
PHILIP F. MCGOVERN, JR.
KAREN PAINTER RANDALL
LIZA M. WALSH
JOHN P. LACEY*
MICHAEL J. CROWLEY-
TIMOTHY E. CORRISTON*
PATRICK J. HUGHES*+
JAMES C. MCCANN*
JOHN D. CROMIE

ANGELA A. IUSO*
WILLIAM T. MCGLOIN*
BRENDAN JUDGE
STEPHEN A. URBAN
CHARLES J. HARRINGTON III+
STEPHEN V. FALANGA*
TRICIA O'REILLY*
ANTHONY F. VITIELLO*+
MARC D. HAEFNER
JONATHAN P. MCHENRY
BRAD D. SHALIT*
M. TREVOR LYONS*
CRAIG S. DEMARESKI*
W. NEVINS MCCANN*
THOMAS J. O'LEARY*
MITCHELL W. TARASCHI
MICHAEL A. SHADIACK
OWEN C. MCCARTHY*
PATRICIA A. LEE*+
AGNIESZKA ANTONIAN*
MICHAEL MICELI
CHRISTOPHER J. TUCCI+
NEIL V. MODY*
STEVE BARNETT*
THOMAS M. SCUDERI*
JOSEPH M. MURPHY*
NANCY A. SKIDMORE*
CHRISTINE S. ORLANDO
JENNIFER C. CRITCHLEY*
PATRICK S. BRANNIGAN*
CHRISTINE I. GANNON*
ANDREW C. SAYLES*
WILLIAM D. DEVEAU*

**COUNSEL**
JOHN W. BISSELL
EUGENE J. CODEY, JR.
FRANCIS J. ORLANDO
FRANCIS E. SCHILLER*
EUGENE P. SQUEO*
BRIAN P. MORRISSEY-
NOEL D. HUMPHREYS*
ANTHONY ROMANO II*

DOUGLAS J. SHORT*
JAMES M. MERENDINO
MICHELE T. TANTALLA*
HECTOR D. RUIZ*
ROBERT A. VERDIBELLO*
PHILIP W. ALLOGRAMENTO III*
STEPHEN D. KESSLER
CHRISTOPHER ABATEMARCO*
ANTHONY J. CORINO*
INGRID E. DA COSTA
MEGHAN BARRETT BURKE*
RUKHSANAH L. SINGH*
BRITTANY E. MIANO*
STACIE L. POWERS*
NICOLE B. DORY*
MICHAEL BOJBASA-
CHRISTOPHER M. HEMRICK*
SUSAN KWIATKOWSKI*
MELISSA D. LOPEZ
ANDREW L. BARON*
JASON D. FALK*
MICHAEL J. SHORTT+
VICTORIA N. MANOUSHAGIAN*
PATRICK J. MURPHY, III

KARIN I. SPALDING*
JODI ANNE HUDSON*
RICHARD A. JAGEN
JASON E. MARX*
ALEXIS E. LAZZARA
GAIL GOLDFARB*
THOMAS VECCHIO+
DANIEL B. KESSLER*

MEGHAN K. MUSSO*
BRENDAN W. CARROLL*
ELEONORE OFOSU-ANTWI*
EDMUND J. CAULFIELD*
SYDNEY J. DARLING*
JESSICA L. PALMER*
NEIL V. SHAH*
STEPHEN R. TURANO*
STEVEN A. KROLL*
ROBERT M. DIPISA*
MATTHEW A. BAKER+
MICHAEL J. CREEGAN*
THOMAS M. BLEWITT, JR.+
BRIAN S. WOLFSON
MARY F. HURLEY
DANIELLE M. NOVAK+
KATELYN O'REILLY
JAMES E. FIGLIOZZI-
MATTHEW D. FIELDING*
MELISSA L. HIRSCH+
MARIEL L. BELANGER*
NICHOLAS W. URCIUOLI
KERRY C. DONOVAN
GENEVIEVE L. HORVATH

*ALSO ADMITTED IN NEW YORK
+ALSO ADMITTED IN PENNSYLVANIA
-ONLY ADMITTED IN NEW YORK
PLEASE REPLY TO ROSELAND, NJ

April 23, 2013

**VIA ECF AND FIRST CLASS MAIL**
Honorable Steven C. Mannion, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re:  New Jersey Back Institute a/s/o N.J. v. Aetna Insurance, et al.
     Civil Action No. 12-5459 (ES/SCM)

Dear Judge Mannion:

This firm represents Defendant Aetna Life Insurance Company ("Aetna") in the above-referenced matter. Pursuant to the Court's Order on February 25, 2013 (D.E. 13), Aetna and Plaintiff New Jersey Back Institute hereby jointly submit this letter detailing the status of the case in advance of the upcoming telephone conference scheduled on May 1, 2013.

### Procedural History of the Case

Plaintiff filed its Complaint on June 15, 2012, in the Superior Court of New Jersey, Law Division, Bergen County, bearing Docket Number L-4481-12 against Aetna and the Greek Orthodox Archdiocese ("GOA"). The Complaint alleged that Aetna violated the Employee Retirement Income Security Act of 1974, 29 U.S.C. §§ 1001 *et seq.*, ("ERISA") because Aetna failed to pay Plaintiff, an out of network provider, the "reasonable and customary rate" for

Honorable Steven C. Mannion, U.S.M.J.
April 23, 2013
Page 2

medically necessary services rendered to its patient, who had out-of-network benefits under the terms of an employee health benefits plan administered by Aetna.

On August 30, 2012, Aetna removed this action to this Court. Prior to removal, GOA was dismissed via stipulation of the parties. On September 20, 2012, Aetna filed its Answer, and Affirmative Defenses to Plaintiff's Complaint. (D.E. 5).

On December 10, 2012, the Court entered a Pretrial Scheduling Order which set forth the following: (1) Motions to amend pleadings or add new parties due by January 31, 2013; (2) R. 26 disclosures were by February 15, 2013; (3) Telephone conference to be held on February 25, 2013 at 11:00 a.m.; and (4) Fact discovery end date of March 29, 2013.

Per the Pretrial Scheduling Order, the parties had a telephone conference with the Court on February 25, 2012. The purpose of the call was for the Court to confirm if there were any open issues with respect to pleadings or discovery. Both parties indicated that there were no open issues. The parties agreed that discovery beyond the administrative record was unnecessary.

Following the telephone conference, the Court entered an Amended Scheduling Order setting forth in relevant part that: (1) Plaintiff's Rule 26 Disclosures were due by February 28, 2013; and (2) Fact discovery end date was March 29, 2013.

### Status of the Case

As of the date of this letter, discovery has been closed for about a month and a half, and the parties have been unsuccessful in resolving this case by settlement. Aetna believes that the case is ripe for disposition by summary judgment motion.

### Aetna's Grounds for Summary Judgment

Aetna's proposed motion for summary judgment seeks dismissal on the basis that that its benefit determination was not arbitrary and capricious. The employee benefit plan in question dictates that out of network benefits are to be reimbursed at 300% of the Medicare rate. In accordance with the plan term, Aetna reimbursed Plaintiff at the rate of 300% of the Medicare. Additionally, Aetna seeks dismissal because Plaintiff failed to fully exhaust the administrative remedies set forth in the plan.

### Proposed Summary Judgment Schedule

Aetna respectfully proposes that the summary judgment motion be set for the June 17, 2013 motion date, making Aetna's initial brief due on May 24, 2013, Plaintiff's opposition due on June 3, 2013, and Aetna's reply due on June 10, 2013.

2897017-01

Honorable Steven C. Mannion, U.S.M.J.
April 23, 2013
Page 3

      The parties appreciate the Court's attention to these matters, and look forward to discussing them with the Court during the telephone status conference.

Respectfully submitted,

*Patricia A. Lee*

Patricia A. Lee

cc: Andrew Bronsnick, Esq. (via ECF and Email)