```
                     UNITED STATES DISTRICT COURT
                        DISTRICT OF NEW JERSEY
                                      :
NEW JERSEY BACK INSTITUTE,            :   Civil Action: 12-5459 (ES)
                                      :
            Plaintiff,                :           O R D E R
                                      :
       v.                             :         Closed
                                      :
AETNA INSURANCE, et al.               :
                                      :
            Defendants,               :
                                      :
```

It appearing that it has been reported to the Court that the above-captioned action has been settled;

It is on the    1st    of    MAY,  2013

ORDERED that this action is hereby dismissed as to all claims against all parties without costs and without prejudice with the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated.

                                        S/Esther Salas
                                    ESTHER SALAS, U.S.D.J.